

Lanique A. Roberts, Esquire
Direct Dial 856.661.2092
Direct Fax 856.773.5305
lroberts@shermansilverstein.com

January 30, 2024

**VIA ECF**
The Honorable Jessica S. Allen, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

  Re: **Powell v. Seton Hall University, et al.**
    **Civil Action No. 2:21-cv-13709-WJM-JSA**

Dear Judge Allen:

  This firm represents plaintiffs Myles Powell and Jasmine Smith ("Plaintiffs") in connection with the above referenced matter. Archer & Greiner, P.C. represents defendants, Seton Hall University, Kevin Willard, Tony Testa, and Deja Craig ("Seton Hall Defendants"), in this matter. Plaintiffs submit this letter to inform you that the parties have agreed that Myles Powell's in-person deposition will occur on February 12, 2024. As a result, Plaintiffs submit this letter noting the agreement in lieu of the affidavit required by Your Honor in Your Honor's January 25, 2024 Order.

  Thank you for your attention to this matter.

           Respectfully submitted,

      **SHERMAN, SILVERSTEIN, KOHL, ROSE & PODOLSKY, P.A.**

           A Professional Corporation
           *s/ Lanique A. Roberts*
           LANIQUE A. ROBERTS

cc: Patrick Papalia, Esquire
   Christian A. Stueben, Esquire
   William O'Kane, Esquire
   Alan C. Milstein, Esquire
   Jeffrey P. Resnick, Esquire

East Gate Corporate Center, 308 Harper Drive, Suite 200, Moorestown, NJ 08057 • T: 856.662.0700 • F: 856.661-2080 •
shermansilverstein.com
Pennsylvania Office • 11 Bala Avenue • Bala Cynwyd, PA 19004 • T: 215.923.2513

SHERMAN, SILVERSTEIN, KOHL, ROSE & PODOLSKY, P.A.