# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MYLES POWELL, and JASMINE SMITH<br><br>Plaintiffs,<br><br>v.<br><br>SETON HALL UNIVERSITY, KEVIN WILLARD, TONY TESTA, DEJA CRAIG, and JOHN OR JANE DOES 1-10<br><br>Defendants. | Civil Action No.: 2:21-cv-13709-WJM-JSA<br><br>The Honorable William J. Martini, U.S.D.J.<br>The Honorable Jessica S. Allen, U.S.M.J.<br><br>**STIPULATION OF DISMISSAL** |

**IT IS HEREBY STIPULATED AND AGREED** by and among the parties and their respective counsel that the above-captioned action is dismissed with prejudice, without fees and costs, against Kevin Willard only.

*Patrick Papalia*
Patrick Papalia
William J. O'Kane, Jr.
Christian A. Stueben
ARCHER & GREINER, P.C.
Court Plaza South
21 Main Street, Suite 353
Hackensack, New Jersey 07601
(201) 498-8504
Attorneys for all Defendants

Dated: February 11, 2024

*Jeffrey P. Resnick*
Jeffrey P. Resnick
Lanique A. Roberts
SHERMAN, SILVERSTEIN, KOHL, ROSE & PODOLSKY, P.A.
308 Harper Drive
East Gate Corporate Center, Suite 200
Moorestown, New Jersey 08057
(856) 661-2085
Attorneys for Plaintiffs

Dated: February 11, 2024

So Ordered:

_____ 2/14/24

228419471 v1