

Lanique A. Roberts, Esquire
Direct Dial 856.661.2092
Direct Fax 856.773.5305
lroberts@shermansilverstein.com

April 1, 2024

**VIA ECF**
The Honorable Jessica S. Allen, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

      Re:    **Powell v. Seton Hall University, et al.**
              **Civil Action No. 2:21-cv-13709-WJM-JSA**

Dear Judge Allen:

      This firm represents plaintiffs Myles Powell and Jasmine Smith ("Plaintiffs") in connection with the above referenced matter. Archer & Greiner, P.C. represents defendants, Seton Hall University, Tony Testa, and Deja Craig ("Seton Hall Defendants"), in this matter. Pursuant to Your Honor's January 31, 2024 Order, the parties are submitting this joint status letter in advance of the Telephone Status Conference scheduled for April 8, 2024.

      The parties have completed depositions for both Plaintiffs and currently working to schedule the depositions of the Seton Hall Defendants. Also, the parties plan on deposing third-party witnesses (various treating doctors) and are working to schedule those depositions.

      Additionally, following Myles Powell's deposition, Defendants requested certain text messages from a second cellphone held by Myles Powell. Plaintiffs' counsel is working to produce the requested text messages to Defendants.

      Thank you for your attention to this matter.

                            Respectfully submitted,

             **SHERMAN, SILVERSTEIN, KOHL, ROSE & PODOLSKY, P.A.**
                       A Professional Corporation
                         *s/ Lanique A. Roberts*
                        LANIQUE A. ROBERTS

East Gate Corporate Center, 308 Harper Drive, Suite 200, Moorestown, NJ 08057 • T: 856.662.0700 • F: 856.661-2080 •
shermansilverstein.com
Pennsylvania Office • 11 Bala Avenue • Bala Cynwyd, PA 19004 • T: 215.923.2513

3618850.13618850.1 SHERMAN, SILVERSTEIN, KOHL, ROSE & PODOLSKY, P.A.

cc: Patrick Papalia, Esquire
    Christian A. Stueben, Esquire
    William O'Kane, Esquire
    Alan C. Milstein, Esquire
    Jeffrey P. Resnick, Esquire