

Lanique A. Roberts, Esquire
Direct Dial 856.661.2092
Direct Fax 856.773.5305
lroberts@shermansilverstein.com

June 11, 2024

**VIA ECF**

The Honorable Jessica S. Allen, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

  Re: **Powell v. Seton Hall University, et al.**
     **Civil Action No. 2:21-cv-13709-WJM-JSA**

Dear Judge Allen:

  This firm represents plaintiffs Myles Powell and Jasmine Smith ("Plaintiffs") in connection with the above referenced matter. Archer & Greiner, P.C. represents defendants, Seton Hall University, Tony Testa, and Deja Craig ("Seton Hall Defendants"), in this matter. The parties are submitting this joint status letter in advance of the Telephone Status Conference scheduled for June 18, 2024.

  The parties have one more fact discovery witness to depose. The witness, Dr. Michael Kelly, has informed counsel that he is unavailable until the first week of July for the deposition. As a result, the parties request a two-week extension on discovery for the purpose of deposing this witness.

  Thank you for your attention to this matter.

          Respectfully submitted,
       **SHERMAN, SILVERSTEIN, KOHL, ROSE & PODOLSKY, P.A.**
          A Professional Corporation
           *s/ Lanique A. Roberts*
          LANIQUE A. ROBERTS

cc: Patrick Papalia, Esquire
   Christian A. Stueben, Esquire
   William O'Kane, Esquire
   Alan C. Milstein, Esquire
   Jeffrey P. Resnick, Esquire

East Gate Corporate Center, 308 Harper Drive, Suite 200, Moorestown, NJ 08057 • T: 856.662.0700 • F: 856.661-2080 •
shermansilverstein.com
Pennsylvania Office • 11 Bala Avenue • Bala Cynwyd, PA 19004 • T: 215.923.2513

3689547.13689547.1 SHERMAN, SILVERSTEIN, KOHL, ROSE & PODOLSKY, P.A.