

Lanique A. Roberts, Esquire
Direct Dial 856.661.2092
Direct Fax 856.773.5305
lroberts@shermansilverstein.com

July 16, 2024

**VIA ECF**
The Honorable Jessica S. Allen, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

   Re: Powell v. Seton Hall University, et al.
      Civil Action No. 2:21-cv-13709-WJM-JSA

Dear Judge Allen:

  This firm represents plaintiffs Myles Powell and Jasmine Smith ("Plaintiffs") in connection with the above referenced matter. Archer & Greiner, P.C. represents defendants, Seton Hall University, Tony Testa, and Deja Craig ("Seton Hall Defendants"), in this matter. After conferring with each other regarding expert discovery in this matter, the parties are requesting an amended expert discovery scheduling order.

  Plaintiffs request a 30-day extension through and including August 23, 2024 to serve their affirmative expert reports. Additionally, Seton Hall Defendants request 45 days from the date that affirmative reports are served to submit their responsive expert reports, resulting in an October 7, 2024 responsive expert report deadline. In alignment with these requested extensions, we further request an expert discovery extension through November 7, 2024.

  Thank you for Your Honor's attention and consideration in this matter.

        Respectfully submitted,

     **SHERMAN, SILVERSTEIN, KOHL, ROSE & PODOLSKY, P.A.**
        A Professional Corporation

        *s/ Lanique A. Roberts*

        LANIQUE A. ROBERTS

cc: Patrick Papalia, Esquire
   Christian A. Stueben, Esquire
   William O'Kane, Esquire
   Alan C. Milstein, Esquire
   Jeffrey P. Resnick, Esquire

*The request is GRANTED. In light of the foregoing, the 8/7/24 Telephone Status Conference is adjourned until 9/13/24 at 1:00 p.m.
**SO ORDERED**

*/s/ Jessica S. Allen*
Hon. Jessica S. Allen, U.S.M.J.

**Date:** 7/18/24

308 Harper Drive, Suite 200 • Moorestown, NJ 08057 • T: 856.662.0700 • F: 856.662.0165 • shermansilverstein.com
11 Bala Avenue • Bala Cynwyd, PA 19004 • T: 215.923.2513

SHERMAN, SILVERSTEIN, KOHL, ROSE & PODOLSKY, P.A.