IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Myles Powell and Jasmine Smith<br><br>Plaintiffs,<br><br>v.<br><br>Seton Hall University, et al.<br><br>Defendant. | Case No.: 2:21-cv-13709-WJM-JSA<br><br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE** |

**TO THE CLERK:**

Please withdraw my appearance as Co-Counsel for Plaintiffs, Myles Powell and Jasmine Smith with regard to the above referenced matter.

                                                             SHERMAN SILVERSTEIN KOHL ROSE &
                                                             PODOLSKY, P.A.

Date: January 24, 2025                   _s/ Lanique A Roberts_
                                                             Lanique A Roberts, Esquire
                                                             308 Harper Drive
                                                             East Gate Center, Suite 200
                                                             Moorestown, NJ 08057
                                                             Telephone: 856-661-2092
                                                             Facsimile: 856-773-5305
                                                             E-mail: lroberts@shermansilverstein.com
                                                             Attorneys for Plaintiffs
                                                             Myles Powell and Jasmine Smith